UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:07-CR-00076-1-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GREGORY L. WALKER | ) | |

This matter is before the court on defendant's *pro se* motion to stay or hold this case in abeyance pending the court's decision in <u>United States v. Whiteside</u>, No. 13-7152 (4th Cir.). (DE # 170.) The court has ruled on all of defendant's motions. Nothing is pending in this case. As such, the court cannot stay the case or hold it in abeyance, and defendant's motion is DENIED.

This 19 September 2014.

                                                W. Earl Britt
                                                Senior U.S. District Judge