UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:07-CR-00076-1-BR

| | |
|---|---|
| GREGORY L. WALKER ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA ) | |

This matter is before the court on petitioner's 28 U.S.C. § 2241 motion. (DE # 173.) Once again petitioner challenges his sentence pursuant to <u>United States v. Simmons</u>, 649 F.3d 237 (4th Cir. 2011) (en banc) (and more recent case law). And, once again, the court treats the motion as one under 28 U.S.C. § 2255. (<u>See</u> Order, DE # 169, at 2 (treating petitioner's Rule 60(b) or alternative § 2241 motion as one pursuant to § 2255).) Because petitioner has previously filed a § 2255 motion, he "must seek authorization from the Court of Appeals to file a second or successive § 2255 motion." (<u>Id.</u> at 2-3 (citing 28 U.S.C. §§ 2244(b), 2255(h).) Petitioner's motion is DISMISSED WITHOUT PREJUDICE. The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of appealability is DENIED.

This 13 January 2015.

W. Earl Britt
Senior U.S. District Judge